1:2026-cv-00014-WBS-AC



# United States District Court
# Eastern District of California

| Resul Duzenli |
|---|

Plaintiff(s)

Case Number: 1:26-cv-00014-WBS-AC

V.

| Christopher Chestnut, et al |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ololade T. Moses, Esq hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Resul Duzenli

On 08/23/2022 (date), I was admitted to practice and presently in good standing in the Supreme Court of New Jersey (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/26/2026          Signature of Applicant: /s/ Ololade T. Moses, Esq

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name: Ololade T. Moses, Esq

Law Firm Name: Goldstein Immigration Lawyers

Address: 611 Wilshire Blvd

Suite 317

City: Los Angeles      State: CA      Zip: 90017

Phone Number w/Area Code: (347) 981-4184

City and State of Residence: Elmwood Park, New Jersey

Primary E-mail Address: lolamosesjd@gmail.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Joshua L. Goldstein, Esq

Law Firm Name: Goldstein Immigration Lawyers

Address: 611 Wilshire Blvd

Suite 317

City: Los Angeles      State: CA      Zip: 90017

Phone Number w/Area Code: (213) 425-1979      Bar # 332467

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 26, 2026

_Allison Claire_

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE