UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RESUL DUZENLI,

          Petitioner,

   v.

CHRISTOPHER CHESTNUT, et al.,

          Respondents.

No.  1:26-cv-0014 WBS AC

ORDER

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 14, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days.  ECF No. 11.  Respondents filed objections to the findings and recommendations (ECF No. 12), to which petitioner has responded (ECF No. 13).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, and considered the oral arguments of counsel, the court finds the findings and recommendations to be

1

supported by the record and by proper analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11) are adopted in full.

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED as to petitioner's claim that his continued detention violates substantive due process because there is no significant likelihood of removal in the reasonably foreseeable future and DENIED as to petitioner's other claims.

3. Respondent must IMMEDIATELY RELEASE petitioner Resul Duzenli, A-249-098-164, from custody subject to reasonable terms of supervision set forth in 8 U.S.C. § 1231(a)(3).

4. Within three days of an order adopting these findings and recommendations, respondents shall file a notice of compliance confirming petitioner's release.

5. The Clerk is directed to serve California City Immigration Processing Center with a copy of this Order.

6. The Clerk of the Court shall enter judgment in favor of petitioner and close this case.

Dated:  June 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1]  A certificate of appealability is not required for an appeal from the denial of a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241.  See 28 U.S.C. § 2253; Harrison v. Ollison, 519 F.3d 952 (9th Cir. 2008).

2